815 A.2d 961

IN THE MATTER OF ARA R. AVRIGIAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 042261998).

February 24, 2003.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **ARA R. AVRIGIAN** of **CHERRY HILL,** who was admitted to the bar of this State in 1998;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(b) (criminal act that reflects adversely on honesty, trustworthiness and fitness to practice);

And the parties having agreed that respondent's conduct violated *RPC* 8.4(b), and that such conduct warrants a three-month suspension from practice;

And the Disciplinary Review Board having determined that a three-month suspension is the appropriate discipline for respondent's ethics violation and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ARA F. AVRIGIAN** is hereby suspended from the practice of law for a period of three months effective March 24, 2003, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.